## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:ROBERT S. SWEET | : | |
| DEBTOR(S) | : | BKY NO. 16-11177 |
| SETERUS, INC., AS THE AUTHORIZED | : | |
| SUBSERVICER FOR FEDERAL | : | CHAPTER 13 |
| NATIONAL MORTGAGE ASSOCIATION | : | |
| ("FANNIE MAE"), CREDITOR C/O | : | |
| SETERUS, INC | | |
| MOVANT | | |
| ROBERT S. SWEET | | |
| WILLIAM C. MILLER | | |
| RESPONDENTS | | |

## **PRAECIPE TO WITHDRAW PROOF OF CLAIM**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly mark proof of claim #6 on the claims register filed in the name of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc on 7/8/2016 as filed in error .

/s/ Jeniece D. Davis, Esquire
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**Attorney I.D. #208967**
**Jeniece@mvrlaw.com**
**610-328-2887 x 16**

RAYMOND M. KEMPINSKI, Electronic service
1700 Market Street, Suite 1005
Suite 1401
Philadelphia PA  19103

Robert S. Sweet
811 Laurel Avenue

Inverness PA 34452

William C. Miller, Electronic service
1234 Market Street
Philadelphia, PA 19107