# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 16-11177-MDC

ROBERT S. SWEET

1808 ARNOLD STREET

PHILADELPHIA, PA 19152-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT S. SWEET

  1808 ARNOLD STREET

  PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

  RAYMOND M KEMPINSKI
  COLEMAN & KEMPINSKI
  1700 MARKET ST, SUITE 1005
  PHILADELPHIA, PA 19103-

Date: 10/12/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee