United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11177-mdc
Robert S. Sweet                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                Page 1 of 2              Date Rcvd: Dec 05, 2016
                               Form ID: pdf900           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db              +Robert S. Sweet,    1808 Arnold Street,    Philadelphia, PA 19152-1825
13750408        +Emerg Care Serv of Pa, P.C.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13747847       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,     P.O. Box 619096,   Dallas, TX 75261-9741)
13679166        +Nationstar,   PO Box 619094,    Dallas, TX 75261-9094
13724467        +Nationstar Mortgage LLC,    c/o MATTHEW CHRISTIAN WALDT,    Milstead & Associates LLC,
                  1 East Stow Road,    Marlton, NJ 08053-3118
13686176        +Nationstar Mortgage LLC,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13693317        +Philadelphia Gas Works,    800 W Monmtgomery Ave,    Phila Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
13756676        +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Dec 06 2016 01:51:13      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2016 01:51:03
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2016 01:51:10      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2016 01:44:33
                  Capital One Auto Finance,   P.O. Box 201347,    Arlington, TX 76006-1347
13679165        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 06 2016 01:44:16
                  Capital One Auto Finance,    7933 Preston Rd,   Plano, TX 75024-2302
13683221        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2016 01:44:16
                  Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                  Arlington, TX 76006-1347
13702275        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2016 01:44:16
                  Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                  Arlington, TX 76006-1347
13742036        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 06 2016 01:51:08      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE
               ASSOCIATION Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Robert S. Sweet ray@colemankempinski.com,
               ray@colemankempinski.com

```
District/off: 0313-2          User: John                  Page 2 of 2               Date Rcvd: Dec 05, 2016
                              Form ID: pdf900             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **ROBERT S. SWEET** | : | |
| **Debtor(s).** | : | **Bankruptcy No. 16-11177-MDC** |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated:  12/1/16

            *Magdeline D. C*
            MAGDELINE D. COLEMAN
            UNITED STATES BANKRUPTCY JUDGE