**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT S. SWEET | : | |
| Debtor | : | BANKRUPTCY NO.  16-11177 MDC |

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DEBTOR'S COUNSEL**

I, Raymond Kempinski, counsel for Debtor, do hereby certify that:

1. On November 3, 2016 I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of: (a) the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), upon Debtor, the Standing Trustee and the U.S. Trustee; and (b) the attached Notice of the Application (the "Notice"), upon Debtor, the Standing Trustee, the U.S. Trustee and each holder of a claim against Debtor (collectively the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Application with the Court, and to serve a copy of any such objection upon the undersigned, within twenty-one (21) days from the date of service of the Application.

3. As of the date hereof, no objection to the Application has been served upon the undersigned.

WHEREFORE, the Application is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Application, a copy of which is attached hereto.

Respectfully submitted,

Dated: December 28, 2016                /s/ Raymond Kempinski
                                        Raymond Kempinski, Applicant
                                        1700 Market Street, Suite 1005
                                        Philadelphia, PA  19103
                                        267.519.0295